UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICARDO SALAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL STAINER, WARDEN,<br><br>　　　　Respondent. | Case No. SACV 11-1840 AG (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: May 27, 2013

_____
Andrew J. Guilford
United States District Judge