**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **RICARDO SALAS,** | Case No. SACV 11-1840-AG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **MICHAEL STAINER, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 27, 2013

_____
Andrew Guilford
United States District Judge